IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**WILLIAM FARNHAM,**

    **Petitioner,**

v.                                                       **Case No. 1:23-cv-172-AW-HTC**

**SECRETARY FLORIDA
DEPARTMENT OF CORRECTIONS,
FLORIDA ATTORNEY GENERAL,**

    **Respondents.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

William Farnham seeks § 2254 relief. ECF No. 1. As the magistrate judge concludes, and as Farham's petition acknowledges, Farnham did not exhaust his state remedies. The magistrate judge recommends dismissal without prejudice. ECF No. 31. Farnham has filed objections, but those objections do not address exhaustion. At any rate, having carefully considered the matter de novo, I agree dismissal is appropriate.

I now adopt the report and recommendation (ECF No. 31) and incorporate it into this order. Farnham's objections (ECF No. 32) are overruled. The clerk will enter a judgment that says, "The § 2254 petition is dismissed without prejudice for lack of exhaustion." A certificate of appealability is DENIED. The clerk will close the file.

1

SO ORDERED on June 24, 2024.

                                   _s/ Allen Winsor_
                                   United States District Judge